ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
SHIRLEY FOSTER
Nevada Bar No. 8069
E-Mail: Shirley.Foster@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| MARIA VILLARREAL-RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:22-cv-0072-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND (ECF NOS. 6, 9)**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant's Response to Plaintiff's Motion to Remand (ECF No. 6) in the above-captioned case by seven (7) days, up to and including Friday, March 4, 2022. This matter is currently set for hearing on April 5, 2022.

This Request for an extension of the briefing schedule is not sought for any improper purpose or other purpose of delay. Defendant requires additional time to prepare its Response to address the specific arguments set forth in Plaintiff's Motion for Remand.

WHEREFORE, the parties respectfully request that this Court extend the time for the

4879-5906-7665.1

Defendant to file its response to Plaintiff's Motion to Remand by seven (7) days from the current deadline of February 25, 2022 up to and including March 4, 2022.

DATED this 25th day of February, 2022.                    DATED this 25th day of February, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP                       PRINCE LAW GROUP

/s/ Cheryl A. Grames                                      /s/ Kevin T. Strong
ROBERT W. FREEMAN                                         DENNIS M. PRINCE
Nevada Bar No. 3062                                       Nevada Bar No. 5092
CHERYL A. GRAMES                                          KEVIN T. STRONG
Nevada Bar No. 12752                                      Nevada Bar No. 12107
SHIRLEY FOSTER                                            10801 W. Charleston Blvd. #560
Nevada Bar No. 8069                                       Las Vegas, NV 89135
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm
Mutual Automobile Insurance Company*                      BRUCE D. TINGEY
                                                          Nevada Bar No. 5151
                                                          TINGEY LAW FIRM
                                                          817 S. Main Street
                                                          Las Vegas, NV  89101

                                                          *Attorneys for Plaintiff Maria Villarreal-Rodriguez*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
March 1, 2022