DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
JUSTIN L. DEWEY
Nevada Bar No. 14508
**TINGEY & TINGEY**
817 S. Main Steet
Las Vegas, NV 89101
Tel: (702) 333-0000
Fax: (702) 333-0001
Attorneys for Plaintiff
*Maria Villarreal-Rodriguez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VILLARREAL-RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:22-cv-00072-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HER REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**<br><br>**(First Request)**<br><br>ECF No. 12 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARIA VILLARREAL-RODRIGUEZ, through her counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP and Justin L. Dewey of TINGEY & TINGEY, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, Robert W. Freeman, Cheryl A. Grames, and Shirley Foster of LEWIS BRISBOIS BISGAARD & SMITH LLP, that the deadline for Plaintiff to file her Reply to Defendant's Response to Plaintiff's Motion to Remand shall be extended by



ten days, from March 11, 2022 to March 21, 2022. The Motion was filed on February 14, 2022 and the hearing on the Motion is currently set for April 5, 2022. This Stipulation is submitted in accordance with LR IA 6-1.

The parties respectfully request an extension of the briefing schedule as Plaintiff's undersigned counsel of record spent some time out of the office this week to deal with a personal matter. This brief extension of time will allow Plaintiff the requisite time to fully address the arguments Defendant sets forth in its Opposition to assist this Court in its ultimate decision. Accordingly, the parties respectfully request this Court to approve the foregoing Stipulation. Their requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 10th day of March, 2022.                    DATED this 10th day of March, 2022.

**PRINCE LAW GROUP**                                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Kevin T. Strong*                                   */s/ Cheryl A. Grames*
DENNIS M. PRINCE                                        ROBERT W. FREEMAN
Nevada Bar No. 5092                                     Nevada Bar No. 3062
KEVIN T. STRONG                                         CHERYL A. GRAMES
Nevada Bar No. 12107                                    Nevada Bar No. 12752
10801 W. Charleston Boulevard                           SHIRLEY FOSTER
Suite 560                                               Nevada Bar No. 8069
Las Vegas, Nevada 89135                                 6385 S. Rainbow Boulevard
-AND-                                                   Suite 600
JUSTIN L. DEWEY                                         Las Vegas, Nevada 89118
Nevada Bar No. 14508                                    Attorneys for Defendant
**TINGEY & TINGEY**                                     *State Farm Mutual Automobile Insurance Company*
817 S. Main Steet
Las Vegas, NV 89101
Tel: (702) 333-0000
Fax: (702) 333-0001
Attorneys for Plaintiff
*Maria Villarreal-Rodriguez*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2022

2

