# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Maria Villarreal-Rodriguez,<br><br>    Plaintiff<br><br>v.<br><br>State Farm Mutual Automobile Company,<br><br>    Defendant | Case No.: 2:22-cv-00072-JAD-DJA<br><br>**Remand Order**<br><br>[ECF No. 6] |

The court having heard and granted the plaintiff's motion to remand at an April 5, 2022, hearing,[1] and for the reasons stated on the record during that hearing, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 6] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 4, Case No. A-21-829021-C,** and CLOSE THIS CASE.

Dated: June 14, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 18 (minutes).